UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| ORTHODONTIC CENTERS OF § | | |
| AMERICA, INC. AND ORTHODONTIC § | | |
| CENTERS OF TEXAS, INC. § | | |
| § | | |
| V. § | | 5:06-CV-173 |
| § | | |
| ALBERT R. MCWILLIAMS, JR., D.D.S, § | | |
| M.S., ET AL § | | |

**ORDER**

This case was stayed pending the appeal to the United States Court of Appeals for the Fifth Circuit from the partial summary judgment entered in related adversary proceedings by the United States Bankruptcy Court for the Eastern District of Louisiana on the issue of whether Plaintiffs' "Business Services Agreements" in those adversary proceedings are illegal under Texas law. Accordingly, it is

**ORDERED** that this case, having been stayed pending appeal, shall be **ADMINISTRATIVELY CLOSED** until the appeal is concluded. Counsel is directed to inform the Court immediately upon conclusion of the appeal in the related proceeding at which time the Court will place the case back on its active docket.

**IT IS SO ORDERED**.

SIGNED this 9th day of September, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE